UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
3:15-cv-04769-RJC

| | |
|---|---|
| THE LEWIS FAMILY TRUST, A. CAMDEN LEWIS and MARY G. LEWIS, individually and as Trustees of the Lewis Family Trust, )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC. and HARTFORD INSURANCE COMPANY OF THE MIDWEST, )<br><br>Defendants. ) | **ORDER** |

**THIS MATTER** comes before the Court sua sponte. In light of the parties' ongoing efforts to settle this matter, the Court will leave the current scheduling deadlines in place and give the parties thirty (30) more days within which to settle this case. If the case has not been completely settled within thirty (30) days of this Order, Plaintiffs are directed to file another status report.

**IT IS, THEREFORE, ORDERED** that, if this case has not been completely settled, Plaintiffs shall file a status report.

Signed: June 27, 2016

Robert J. Conrad, Jr.
United States District Judge